**UNITED STATES of America**

v.

**Herbert L. BENDOLPH, Appellant**

**Julio OTERO, Appellant.**

**No. 01–2468, 02–2624.**

United States Court of Appeals, Third Circuit.

Jan. 14, 2005.

1. This opinion has been circulated to the active members of this Court prior to filing.

Office of United States Attorney, Wilmington, DE, William A. Behe, Theodore B. Smith, III, Harrisburg, PA, for Appellee.

David R. Fine, Marsha A. Sajer, Robert A. Lawton, Kirkpatrick & Lockhart Nicholson Graham, Harrisburg, PA, for Appellant.

Present: SCIRICA, Chief Judge, SLOVITER, NYGAARD, ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF, FISHER and VAN ANTWERPEN, Circuit Judges.

## ORDER

SCIRICA, Judge.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ordered that the Clerk of this Court list the above case for rehearing *en banc* at 10:00 a.m. on Wednesday, February 23, 2005.